**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20538−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Rebecca M Zeher
   569 Kelso Rd
   Pittsburgh, PA 15243

Social Security No.:
   xxx−xx−6394

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR<br>Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235<br>Telephone number: 412−235−1721 | NAME/ADDRESS OF TRUSTEE<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 8, 2020<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 8, 2020<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 20-20538-CMB
Rebecca M Zeher                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas                  Page 1 of 2                Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db              +Rebecca M Zeher,    569 Kelso Rd,    Pittsburgh, PA 15243-1509
15199966        +Kay Jewelers/genesis,    Po Box 4485,    Beaverton, OR 97076-4485
15199967        +Pennymac Loan Services,    Po Box 514387,    Los Angeles, CA 90051-4387
15199968        +Plaza Home Mtg/dovenmu,    1 Corporate Dr,    Lake Zurich, IL 60047-8944
15199969         Suncoast Credit Union,    6801 Hills Ave,    Tampa, FL 33680
15199975        +Tbom - Genesis Retail,    Po Box 4499,    Beaverton, OR 97076-4499
15199976        +The Money Source Inc,    500 S Broad St Meriden,    Meriden, CT 06450-6755
15199977        +Usaa Savings Bank,    10750 Mcdermott,    San Antonio, TX 78288-1600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:51      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 26 2020 04:45:44
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              +E-mail/Text: kburkley@bernsteinlaw.com Mar 26 2020 04:55:52      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15199960        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 05:20:47      Cap1/hlzbg,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
15199961         E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 26 2020 04:48:12      Capital One Auto Finan,
                 Credit Bureau Dispute,    Plano, TX 75025
15206147        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 26 2020 04:45:41
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
15199962        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:39      Comenitycb/davidsbride,
                 Po Box 182120,    Columbus, OH 43218-2120
15199963        +E-mail/PDF: pa_dc_ed@navient.com Mar 26 2020 04:47:58      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
15199964        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 26 2020 04:56:12      Gbs/first Electronic B,
                 Po Box 4499,    Beaverton, OR 97076-4499
15199965        +E-mail/Text: bankruptcy@huntington.com Mar 26 2020 04:54:00      Huntington National Ba,
                 Po Box 1558,    Columbus, OH 43216-1558
15213661        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 26 2020 04:52:10      Internal Revenue Service,
                 1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
15199970        +E-mail/Text: cmecf@suncoastfcu.org Mar 26 2020 04:51:31      Suncoast Credit Union,
                 Po Box 11904,    Tampa, FL 33680-1904
15199971        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:50      Syncb/ameg D,    Po Box 965005,
                 Orlando, FL 32896-5005
15199972        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:31      Syncb/amer Eagle Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
15199973        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:34      Syncb/hdfurn,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
15199974        +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:45:26      Syncb/netwrk,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
                                                                                              TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               The Money Source Inc.
15213657*        Capital One Auto Finan,    Credit Bureau Dispute,    Plano, TX 75025
15213658*       +Dept Of Ed/navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
15213659*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
15213660*        Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
15213662*       +The Money Source Inc,    500 S Broad St Meriden,    Meriden, CT 06450-6755
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                        Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dpas                    Page 2 of 2              Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lawrence W. Willis    on behalf of Debtor Rebecca M Zeher ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```