# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** REBECCA M ZEHER
**Case Number:** 20-20538-CMB  **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 27, 2020 10:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#15 - Final Confirmation of Plan Dated 3/7/20 NFC
R / M #: 0 / 0

FILED
9/2/20 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Appearances: Willis

Debtor:
Trustee: **Winnecour** / Pail / Katz / DeSimone
Creditor:

### Proceedings:

Outcome: **Continued**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **1-14-21** at **10:00 A.M.**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/20/2020   4:41:38PM