# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** REBECCA M ZEHER
**Case Number:** 20-20538-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 14, 2021 10:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/20/21 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#15 Chapter 13 PLan Dated 03/07/2020 (NFC)
R / M #:  15 / 0

### *Appearances:*

Debtor: Willis
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor: Jeff Hunt Mt. Lebanon

### *Proceedings:*

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to 7-15-21 at 9:00 A.M
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

1/11/2021   10:05:35AM