IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Rebecca M. Zeher | : | Case No. 20-20538-CMB |
| | : | |
| Debtor(s) | : | Chapter 13 |
| The Money Source Inc., its successors | : | |
| and/or assigns | : | |
| Movant(s) | : | Related to Document 40 |
| vs. | : | Hearing Date: 1/25/22 at 10:00 a.m. |
| Rebecca M. Zeher | : | |
| | : | |
| Respondent(s) | : | |
| and | : | |
| Ashton Zeher | : | |
| Ronda J. Winnecour, Trustee | : | |
| Additional Respondent(s) | : | |

**DEBTORS RESPONSE IN OPPOSITION TO MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

1. The Money Source Inc., requests relief from stay with regard to the property located at 569 Kelso Road, Pittsburgh, PA 15243.

2. Movant has a claim secured by a mortgage lien on the property with a present payoff amount of $220,924.01.

3. Municipality of Mt. Lebanon also has two claims secured by liens on the property in the amount of $402.71 (claim 5) and $202.59 (claim 6).

4. The Debtor believed the fair market value of the premises to $284,999 based on comparable sells.

5. There appears to be a substantial equity cushion in the property that provides adequate protection for the creditor and relief from stay should be denied on that basis.

6.  It is admitted that post-petition payments to Movant are delinquent, although Movant has received payments each month from June 2020 through December 2021 totaling $33,186.69.

7.  It is admitted that Debtor's plan payments are delinquent. Plan payment arrears through December 2021 total $8,206.

8.  Debtor's confirmed plan dated 03/ 07/ 2020 proposed to sell the 560 Kelso Road property to pay off the mortgage arrears and unsecured creditors. Counsel has been informed that the property will be listed this month with a new agent. The prior agent did not market the property appropriately. Given the market and location property should sell quickly.

9.  The Debtor will resume plan payments and cure arrears while the property is marketed, so debtor can sell the property and realize its value.

WHEREFORE, the Debtor respectfully requests that the motion be denied.

Willis & Associates

Date: **January 7 , 2022**    By: / s/  Lawrence Willis Esq
Lawrence W. Willis, Esquire
PA 85299
Willis & Associates
201 Penn Center Blvd., Suite 310
Pittsburgh, PA 15235

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Rebecca M. Zeher                           :   Case No. 20-20538-CMB
                                           :
         Debtor(s)                         :   Chapter 13
The Money Source Inc., its successors      :
and/or assigns                             :
         Movant(s)                         :   Related to Document 40
         vs.                               :   Hearing Date: 1/25/22 at 10:00 a.m.
Rebecca M. Zeher                           :
                                           :
         Respondent(s)                     :
    and                                    :
Ashton Zeher                               :
Ronda J. Winnecour, Trustee                :
         Additional Respondent(s)          :

## CERTIFICATE OF SERVICE

I hereby certify that on the 7 th of January 2022, I served one true and correct

copy of the foregoing document on the following parties in interest by United States first-

class mail*, postage prepaid, addressed as follows: (parties served electronically not mailed)

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA. 15222

Rebecca M. Zeher
569 Kelso Road
Pittsburgh, PA  15243

Ashton Zeher
569 Kelso Road
Pittsburgh, PA  15243

Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

<u>/ s/ Lawrence Willis</u>

Lawrence W. Willis, Esquire

PA 85299

Willis & Associates

201 Penn Center Blvd., Suite 310 Pittsburgh, PA 15235