IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Rebecca M. Zeher | | |
| | : | Bankruptcy No. 20-20538 CMB |
| Debtor | : | Chapter 13 |
| The Money Source Inc. | : | |
| Movant | : | |
| | : | |
| v. | : | |
| The Money Source Inc. | : | |
| Respondent | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
CONSENT ORDER**

The undersigned hereby certifies that agreement has been reached with the Debtor(s) regarding the Motion for Relief from Automatic Stay and Order (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

Dated:    02/02/2022

By: **/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215-627-1322)
Email: dcarlon@kmllawgroup.com

**PAWB Local Form 26 (06/17)**