# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rebecca M. Zeher <br>         <u>Debtor</u> <br><br> The Money Source Inc. <br>         <u>Movant</u> <br>   vs. <br><br> Rebecca M. Zeher <br>         <u>Respondent</u> <br><br> Ronda J. Winnecour, Trustee <br>       <u>Additional Respondent</u> | CHAPTER 13 <br><br> NO. 20-20538 CMB <br><br> Related Documents: 40 |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, The Money Source Inc, has filed a motion for relief from stay due to delinquent mortgage payments on the mortgage secured by Debtor's real property at 569 Kelso Road, Pittsburgh, PA 15243. (Doc. 40);

WHEREAS, Debtor has filed a response opposing relief from the automatic stay (Doc. 45).

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

It is therefore Stipulated and agreed as follows:

1. The Debtor shall file an Amended Chapter 13 Plan on or before 2/18/2021, capitalizing the arrears to the trustee in the plan (Doc. 15).

2. The automatic stay is terminated as it affects the interests of the Movant with respect to Debtor's real property at 569 Kelso Road, Pittsburgh, PA 15243, provided however, that relief from stay is stayed in accordance with the conditions set forth in Paragraphs 5-8, below.

3. On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtor shall timely make full plan payments to the Chapter 13 Trustee, or or before the date upon which the respective plan payment is due.

4. Time is of the essence as to all plan payments going forward.

5. For the duration of this bankruptcy case, in the event that the Chapter 13 Trustee has not received a full plan payment by the last day of the month in which the Debtor's payment is due, as indicated by the Chapter 13 Trustee's online records, then the stay provided in Paragraph 1, above, shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with respect to Debtor's real property at 569 Kelso Road, Pittsburgh, PA 15243, upon the filing of a Certification of Default by Movant, without further hearing or without entry of an additional order, if Debtor has failed to cure the default within fifteen (15) days after written notice of default to Debtor's counsel.

6. Relief from the automatic stay shall be effective immediately upon conversion of Debtor's case to a case under Chapter 7.

7. In the event that the automatic stay is terminated as provided by this Order, then the Trustee shall make no further disbursements to Respondent on account of its secured claim, unless directed otherwise by further Order of Court.

Consented to by:

*/s/Lawrence W. Willis, Esquire*
Lawrence W. Willis, Esquire
Willis & Associates
Attorney for Debtor
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
ecf@westernpabankruptcy.com

*/s/ James Warmbrodt, Esquire*
James Warmbrodt, Esq.
On Behalf of Chapter 13 Trustee
Ronda J. Winnecour
U.S. Steel Tower
Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewpda.com

*/s/ Denise Carlon, Esquire*
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306, Fax: 215-825-6406
dcarlon@kmllawgroup.com
Attorney for Movant/Applicant

On this __14th__ day of __February__, 2022, it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED and the hearing in this matter scheduled for 1/25/2022 at 10:00 a.m. is CANCELLED.

By the Court,

_____
Carlota M. Böhm                                glb
Chief United States Bankruptcy Judge

FILED
2/14/22 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20538-CMB
Rebecca M Zeher     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Feb 14, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca M Zeher, 569 Kelso Rd, Pittsburgh, PA 15243-1509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Mt. Lebanon jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Rebecca M Zeher ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Feb 14, 2022 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 7