IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-20538-CMB |
| **Rebecca M. Zeher,** | : | |
| | : | **CHAPTER 13** |
| Debtor | : | |
| ************************************ | : | |
| **Rebecca M. Zeher,** | : | |
| | : | **RELATED TO DOCKET NO. 54** |
| Movant | : | |
| | : | **HEARING DATE & TIME:** |
| vs. | : | **March 22, 2022 at 11:00 AM** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Standing Chapter 13 Trustee,** | : | |
| Respondent | : | |

## NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF REBECCA M. ZEHER FOR APPLICATION TO EMPLOY REALTOR

TO THE RESPONDENT(S):

*You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.*

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **March 7, 2022**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Judge as found on his procedures web page at www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, than Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default Order was signed or if the hearing will go forward as scheduled

*You should take this to your lawyer at once.*

A **Zoom Video Conference Hearing** will be held on **March 22, 2022 at 11:00 A.M.** before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Attorney for Movant/Applicant:

Date of service: February 17, 2022

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299

Wilson & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors