**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY NO. 20-20538-CMB** |
| **Rebecca M. Zeher,** | : | |
| | : | **CHAPTER 13** |
| **Debtor** | : | |
| ****************************************** | : | |
| **Rebecca M. Zeher,** | : | |
| | : | **RELATED TO DOCKET NO. 54** |
| **Movant** | : | |
| | : | **HEARING DATE & TIME:** |
| **vs.** | : | **March 22, 2022 at 11:00 AM** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Standing Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION TO EMPLOY REALTOR**
**FILED AT DOCKET NO. 54**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Realtor filed on February 17, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 2, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>March 8, 2022</u>                    By: /s/ Lawrence Willis Esquire
                                               Lawrence W Willis, Esquire
                                               PA I.D. # 85299
                                               Willis & Associates
                                               201 Penn Center Blvd
                                               Pittsburgh, PA 15235
                                               Tel: 412.235.1721
                                               Fax: 412.542.1704
                                               lawrencew@urfreshstrt.com