# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-20538-CMB |
| | : | |
| **Rebecca M. Zeher,** | : | |
| | : | CHAPTER 13 |
| **Debtor** | : | |
| ************************************ | : | |
| **Rebecca M. Zeher,** | : | |
| | : | RELATED TO DOCKET NO. 57 |
| **Movant** | : | |
| | : | HEARING DATE & TIME: |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Standing Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age and that I served a true and correct copy of the **Order Dated March 9, 2022 (Order Granting App to Employ)** herewith on the parties at the addresses on the attached matrix by first class mail.

Respectfully submitted,

Date: March 9, 2022

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors

## MATRIX OF PARTIES SERVED

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Rebecca M. Zeher
569 Kelso Road
Pittsburgh, PA 15243

Cowden Creek Realty
5500 Steubenville Pike, Suite 2C
Robinson Township, PA 15136
Attn: Kevin Miller

Cap1/hlzbg
Po Box 30253
Salt Lake City, UT 84130

Capital One Auto Finan
Credit Bureau Dispute
 Plano, TX 75025

Comenitycb/davidsbride
Po Box 182120
Columbus, OH 43218

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773

Gbs/first Electronic B
Po Box 4499
Beaverton, OR 97076

Huntington National Ba
Po Box 1558
Columbus, OH 43216

Kay Jewelers/genesis
Po Box 4485
Beaverton, OR 97076

Pennymac Loan Services
Po Box 514387
Los Angeles, CA 90051

Plaza Home Mtg/dovenmu
1 Corporate Dr
Lake Zurich, IL 60047

Suncoast Credit Union
6801 Hills Ave
Tampa, FL 33680

Suncoast Credit Union
Po Box 11904
Tampa, FL 33680

Syncb/ameg D
Po Box 965005
Orlando, FL 32896

Syncb/amer Eagle Dc
Po Box 965005
Orlando, FL 32896

Syncb/hdfurn C/o
Po Box 965036
Orlando, FL 32896

Syncb/netwrk C/o
Po Box 965036
Orlando, FL 32896

Tbom - Genesis Retail
Po Box 4499
Beaverton, OR 97076

The Money Source Inc
500 S Broad St
Meriden Meriden, CT 06450

Usaa Savings Bank
10750 Mcdermott
San Antonio, TX 78288