# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rebecca M. Zeher<br><br>      Debtor(s) | Chapter 13 |
| The Money Source Inc., its successors and/or assigns<br>      Movant<br>    v.<br>Rebecca M. Zeher<br>      Respondent<br>   And<br>Ashton Zeher<br>Ronda J. Winnecour, Trustee<br>      Additional Respondent | NO. 20-20538 CMB<br><br><br><br>Related Doc.: 60, 61<br><br>Hearing Date:  August 9, 2022 |

## CERTIFICATE OF CONCURRENCE

Both, Debtor(s) and Movant have concurred with the request for relief in this Motion.

              Respectfully submitted,

              **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              Attorneys for Movant/Applicant