**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Rebecca M. Zeher,** | : | **Bankruptcy No. 20-20538-CMB** |
| Debtor | : | **Chapter 13** |
| | : | |
| **Rebecca M. Zeher,** | : | |
| Movant | : | **Related to Document No. 71** |
| | : | |
| vs. | : | **Hearing Date & Time:** |
| | : | **September 20, 2022 at 10:00 AM** |
| **Capital One Auto Finance,** | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent: | : | |

## AMENDED ORDER

**AND NOW**, this _____ day of _____, 2022, upon consideration of the Debtors' Motion to Sell Automobile, and for good cause shown, it is hereby ORDERED and DIRECTED as follows:

1. Within thirty (30) days from the date of this Order, the Movant shall sell her 2016 Ford Explorer automobile to _____ for at least $21,614.25.

2. A portion of the funds from the sale of the vehicle will be paid to Capital One Auto Finance to satisfy their lien. The balance is $21,614.25.

3. Capital One Auto Finance shall release their lien and return the satisfied title to the vehicle to the Buyer upon receipt of the payment of $21,614.25.

4. The balance due to the Trustee percentage fees of $_____.

5. The Balance of proceeds in the amount of $_____ payable to Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 84051, Chicago, IL 60689- 4002, and which check will include the Debtor's name and bankruptcy case number, and which will be sent with a copy of this Order, which amount, after deduction of Trustee fees, is to be earmarked for general plan funding which is to include attorney's fees and payment of 100% of the timely filed general non priority unsecured creditors,

which amount, in accordance with §349, shall be distributed notwithstanding a subsequent dismissal of this case.

6. Debtor to file a report of sale within 7 days of closing.

BY THE COURT:

_____
Carlota M. Bohm,
Chief United States Bankruptcy Judge