FILED
9/28/22 4:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WITHDRAWAL OF APPEARANCES REBECCA
SOLARZ, ESQUIRE, IN VARIOUS OPEN
CASES AND ENTRY OF APPEARANCE OF
BRIAN C. NICHOLAS, ESQUIRE, IN VARIOUS
OPEN CASES

Miscellaneous No.   22-00225-GLT

Related dkt. No. 2

## ORDER OF COURT

AND NOW, this 28th    day of September    , 2022, upon consideration of the

Omnibus Joint Motion to Withdraw the Appearance of Rebecca Solarz, Esquire, and Enter the

Appearance of Brian C. Nicholas, Esquire, it is hereby

ORDERED that the Motion is granted, and Rebecca Solarz, Esquire, is granted leave to

withdraw his appearance as counsel of record in in the list of cases attached to the Motion as

Exhibit "A", and it is further

ORDERED that the appearance of Brian C. Nicholas, Esquire, is entered as counsel of

record for the parties formerly represented by Attorney Solarz in the list of cases attached to the

Motion as Exhibit "A".

BY THE COURT:

Dated: 9/28/22

_____J.
U.S. Bankruptcy Judge    hct