**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| REBECCA M ZEHER | Case No. 20-20538CMB |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

DEBTORS COUNSEL HAS INDICATED VEHICLE IS TO BE SURRENDERED

CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA
C/O AIS PORTFOLIO SERVICES LP
PO BOX 4360
HOUSTON, TX 77210

Court claim# 1/Trustee CID# 3

The Movant further certifies that on 12/07/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>REBECCA M ZEHER, 569 KELSO RD, PITTSBURGH, PA  15243 | DEBTOR'S COUNSEL:<br>LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR:<br>CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA, C/O AIS PORTFOLIO SERVICES LP, PO BOX 4360, HOUSTON, TX  77210<br><br>NEW CREDITOR: | :<br>CAPITAL ONE AUTO FINANCE**, C/O AIS PORTFOLIO SERVICES LP, ATTN BANKRUPTCY NOTICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118 |