LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Rebecca M. Zeher,** | : | **Chapter 13** |
| | : | |
| **Movant** | : | **Bankruptcy No. 20-20538-CMB** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 88** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **January 19, 2023 at 1:30 PM** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE**

To All Creditors and Parties in Interest:

1.  Applicant represents  **Rebecca M. Zeher.**
2.  This is (check one)
    _____    a final application
     X     an interim application
    for the period January 29, 2020 to December 9, 2022
3.  Previous retainer paid to Applicant: $250.00.
4.  Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5.  Applicant requests additional:
    Compensation of $8,635.00.
    Reimbursement of Expenses of $ N/A .
    A **Zoom Video Conference Hearing** will be held on **January 19, 2023 at 1:30 P.M**. before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.
6.  You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **December 27, 2022**, i.e., seventeen (17)

days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Judge as found on his procedures web page at www.pawb.uscourts.gov/procedures.  If you fail to timely file and serve a written response, than Order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default Order was signed or if the hearing will go forward as scheduled

Date of Service: <u>December 9, 2022</u>                     Attorney for Movant/Applicant:

                                                   By: <u>/s/ Lawrence Willis Esquire</u>
                                                   Lawrence W Willis, Esquire
                                                   PA I.D. # 85299
                                                   Willis & Associates
                                                   201 Penn Center Blvd
                                                   Pittsburgh, PA 15235
                                                   Tel: 412.235.1721
                                                   Fax: 412.542.1704
                                                   lawrencew@urfreshstrt.com
                                                   Attorney for Debtors