**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| REBECCA M ZEHER | Case No. 20-20538CMB |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| DEPARTMENT OF EDUCATION/NAVIENT++ | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO NAVIENT HAS BEEN RETURNED AS UNDELIVERABLE. TRUSTEE'S RESEARCH INDICATES THAT NAVIENT LOANS MAY NOW BE WITH AIDVANTAGE. NO PROOF OF CLAIM OR TRANSFER OF CLAIM HAS BEEN FILED.

| | |
|---|---|
| DEPARTMENT OF EDUCATION/NAVIENT++<br>PO BOX 9635<br>WILKES BARRE, PA 18773 | Court claim# /Trustee CID# 6 |

The Movant further certifies that on 10/12/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
 original creditor
 putative creditor
 counsel for debtor(s)
 counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>REBECCA M ZEHER, 569 KELSO RD, PITTSBURGH, PA  15243 | DEBTOR'S COUNSEL:<br>LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR:<br>DEPARTMENT OF EDUCATION/NAVIENT++, PO BOX 9635, WILKES BARRE, PA  18773 | :<br>AIDVANTAGE O/B/O THE DEPARTMENT OF EDUCATION, PO BOX 4450, PORTLAND, OR  97208 |
| ORIGINAL CREDITOR'S COUNSEL:<br>AIDVANTAGE O/B/O THE DEPARTMENT OF EDUCATION, PO BOX 300001, GREENVILLE, TX  75403 | |
| NEW CREDITOR: | |