**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| REBECCA M ZEHER | Case No.:20-20538 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/14/2020 and confirmed on 06/12/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 124,146.17 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 124,141.17 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 8,618.89 | |
|    Trustee Fee | 5,799.34 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,418.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SERVBANK SB | 0.00 | 87,394.77 | 0.00 | 87,394.77 |
|     Acct: 4461 | | | | |
|   SERVBANK SB | 45,755.03 | 2,024.83 | 0.00 | 2,024.83 |
|     Acct: 4661 | | | | |
|   MUNICIPALITY OF MT LEBANON (STORM | 288.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K202 | | | | |
|   MUNICIPALITY OF MT LEBANON (STORM | 114.71 | 0.00 | 0.00 | 0.00 |
|     Acct: K202 | | | | |
|   MUNICIPALITY OF MT LEBANON (SWG) | 191.27 | 0.80 | 50.88 | 51.68 |
|     Acct: K202 | | | | |
|   MUNICIPALITY OF MT LEBANON (SWG) | 11.32 | 0.00 | 0.00 | 0.00 |
|     Acct: K202 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 15,778.28 | 15,778.28 | 2,723.38 | 18,501.66 |
|     Acct: 3928 | | | | |
| | | | | 107,972.94 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 20-20538 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| REBECCA M ZEHER  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| REBECCA M ZEHER  Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| WILLIS & ASSOCIATES  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ  Acct: | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ  Acct: XXXXXXXXXXXXXXXXXXXXXXXX9/22 | 8,635.00 | 4,868.89 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 6394 | 490.96 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| AIDVANTAGE O/B/O THE DEPARTMENT O  Acct: 6394 | 0.00 | 1,750.00 | 0.00 | 1,750.00 |
| INTERNAL REVENUE SERVICE*  Acct: 6394 | 303.16 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*)  Acct: 4294 | 2,568.55 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 1,750.00 |

TOTAL PAID TO CREDITORS                                                                109,722.94

TOTAL CLAIMED
PRIORITY            490.96
SECURED          62,138.61
UNSECURED         2.871.71

Date: 09/03/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com