**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| REBECCA M ZEHER | Case No.:20-20538 CMB |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/14/2020 and confirmed on 06/12/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 124,146.17 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 124,146.17 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 8,618.89 | |
|    Trustee Fee | 5,799.34 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,418.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SERVBANK SB | 0.00 | 87,394.77 | 0.00 | 87,394.77 |
|     Acct: 4461 | | | | |
|   SERVBANK SB | 45,755.03 | 2,024.83 | 0.00 | 2,024.83 |
|     Acct: 4661 | | | | |
|   MUNICIPALITY OF MT LEBANON (STORM | 288.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K202 | | | | |
|   MUNICIPALITY OF MT LEBANON (STORM | 114.71 | 0.00 | 0.00 | 0.00 |
|     Acct: K202 | | | | |
|   MUNICIPALITY OF MT LEBANON (SWG) | 191.27 | 0.80 | 50.88 | 51.68 |
|     Acct: K202 | | | | |
|   MUNICIPALITY OF MT LEBANON (SWG) | 11.32 | 0.00 | 0.00 | 0.00 |
|     Acct: K202 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 15,778.28 | 15,778.28 | 2,723.38 | 18,501.66 |
|     Acct: 3928 | | | | |
| | | | | 107,972.94 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 20-20538 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| REBECCA M ZEHER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| REBECCA M ZEHER | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 8,635.00 | 4,868.89 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX9/22 | | | | |
| INTERNAL REVENUE SERVICE* | 490.96 | 0.00 | 0.00 | 0.00 |
| Acct: 6394 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0538 | | | | |
| | | | | 5.00 |
| Unsecured | | | | |
| AIDVANTAGE O/B/O THE DEPARTMENT O | 0.00 | 1,750.00 | 0.00 | 1,750.00 |
| Acct: 6394 | | | | |
| INTERNAL REVENUE SERVICE* | 303.16 | 0.00 | 0.00 | 0.00 |
| Acct: 6394 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 2,568.55 | 0.00 | 0.00 | 0.00 |
| Acct: 4294 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,750.00 |
| TOTAL PAID TO CREDITORS | | | | 109,727.94 |

TOTAL CLAIMED
PRIORITY            495.96
SECURED          62,138.61
UNSECURED        2,871.71

Date: 01/16/2025                                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com